IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHARISSE STEPHENSON, § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | No. 3:25-CV-2337-K-BW |
| VIRGINIA WORKERS' § | |
| COMPENSATION COMMISSION, et al., § | |
| Defendants. § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is **DENIED**.

SO ORDERED.

Signed September 24th, 2025.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE